**FILED**

April 1, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     CR
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**DR:26-CR-00741-EG**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: |
| | § | |
| | § | |
| v. | § | **INDICTMENT** |
| | § | |
| | § | [VIO: COUNT ONE: 18 U.S.C. § 111 |
| FREDY ALBERTO GUEVARA-  | § | (a)(1): Assaulting, Resisting or Impeding |
| MALDONADO, | § | Certain Officers or Employees.] |
| | § | |
| | § | |
| | § | |
| | § | |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 111(a)(1)]

On or about March 2, 2026, in the Western District of Texas, Defendant,

FREDY ALBERTO GUEVARA-MALDONADO,

did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent J.D., who is an officer and employee of an agency of the United States, while said agent was engaged in and on account of the performance of his official duties, and such acts involved physical contact with said agent, all in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.



FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By:

NATALIE NILAN
Assistant United States Attorney